**Entered on Docket
September 02, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

Kristin A. Schuler-Hintz, Esq., SBN 7171
Christopher K. Lezak, Esq., SBN 11185
Sherry A. Moore, Esq., SBN 11215
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for Secured Creditor,
Deutsche Bank National Trust Company, as Indenture Trustee for New Century Alternative Mortgage Loan Trust 2006-ALT1, its assignees and/or successors and the servicing agent AMERICAS SERVICING COMPANY

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 10-23076-lbr |
| | ) |
| Jared Templin, | ) Chapter  7 |
| Kristina Templin, | ) |
| | ) DATE:  08/25/10 |
| Debtors. | ) TIME:   10:30 am |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

*Rev. 12.09*        M&H File No. NV-10-32284
       10-23076-lbr

The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 4751 Wild Draw Drive, North Las Vegas, NV 89031.

Secured Creditor will provide not less than 7 days notice of the date, time, and location of the currently scheduled foreclosure sale to the debtors or as otherwise provided by Nevada law.

IT IS SO ORDERED.


Submitted by:
McCarthy & Holthus, LLP

*/s/Christopher K. Lezak*
Christopher K. Lezak, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329


Approved/Disapproved

*Order Filed 07/22/10-no response received*
Robert E. Atkinson, Esq.
10120 South Eastern Avenue Ste 226
Henderson, NV 89052
(702) 614 0600

Approved/Disapproved

*Order Filed 07/22/10-no response received*
Joseph B. Atkins
5030 Paradise Road #B-213
Las Vegas, NV 89119

*Rev. 12.09*     M&H File No. NV-10-32284
                                    10-23076-lbr

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

X   This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: Robert E. Atkinson- Order Filed 07/22/10-no response received

Unrepresented parties appearing: None

Trustee: Joseph B. Atkins- Order Filed 07/22/10-no response received

Submitted by:
McCarthy & Holthus, LLP

/s/ Christopher K. Lezak.
Christopher K. Lezak, Esq.

###

*Rev. 12.09*                M&H File No. NV-10-32284
                                              10-23076-lbr